1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for BRANDON BUCHANAN

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                         **OAKLAND DIVISION**

10  THE UNITED STATES OF AMERICA,          )  **No. CR 09-00699-1 SBA**
                                           )
11            Plaintiff,                   )  STIPULATION AND
                                           )  ORDER FOR
12  vs.                                    )  CONTINUANCE OF
                                           )  CHANGE OF PLEA AND SENTENCING
13                                         )
    BRANDON BUCHANAN,                      )
14                                         )
              Defendant.                   )
15  _____)

16

17         The defendant, by and through his attorney of record, DEBORAH G. LEVINE, and Assistant

18  United States Attorney, JAMES MANN, hereby stipulate and ask the court to find good cause and

19  order a continuance of Brandon Buchanan's appearance for change of plea and sentencing for the

    following reasons:
20
           Defense counsel has been in trial since January 4, 2010 in trial in the case of People v. Marlon
21
    Reese, (case number 5-090098-5, Contra Costa County Superior Court, Department 8, Honorable
22
    John Kennedy).   This trial is expected to conclude on January 27, 2010.  Defendant Buchanan  is
23
    currently scheduled to appear before this Court on February 23, 2010 at 10:00 a.m. for change of plea
24
    and sentence. The parties request that this matter be continued until to April 6, 2010, at 10:00 a.m.
25
    for the following reason:
26
           Counsel for Mr. Buchanan has been unable to respond to the draft pre sentence report (PSR)
27
28  which was received on January 15, 2010 because of the above trial and would like to do so before

                                              1

1    the final probation report is prepared.

2        For the forgoing reasons the parties stipulate and agree that the ends of justice are served by

3    this continuance and outweigh the interest of the public and the defendant to a speedy trial because

4    the  failure to grant such a continuance would unreasonably deny the defendant's right to effective

5    assistance of counsel.   Furthermore both parties stipulate to the exclusion of time under 18

6    U.S.C.§3161(h)(7)(A)and(B)(iv) since without adequate time to respond to the pre sentence draft

7    report defendant's counsel cannot be effective in representing the defendant.  For that reason the

8    interests of justice, for continuity of counsel and effective preparation taking into account the exercise

9    of due diligence,  require such a continuance.

10

11   IT IS SO STIPULATED:

12   Dated: January 26, 2010             /s/James Mann
                                         James Mann
13                                       Assistant United States Attorney

14   Dated: January 26, 2010              /s/Deborah G. Levine
15                                       DEBORAH G. LEVINE
                                         Attorney for Brandon Buchanan
16

17

18                               **ORDER**

19

20        FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

21        The currently scheduled change of plea and sentencing hearing be continued to April 6, 2010

22   at 10 a.m. in front of the Honorable Saundra Brown Armstrong.
23

24

25   IT IS SO ORDERED

26   Dated:  1/27/10

27                                 HONORABLE SAUNDRA BROWN ARMSTRONG
                                   UNITED STATES DISTRICT JUDGE
28